1 | **Bruce A. Neilson #096952**
**7108 N. Fresno St. #410**
2 | **Fresno, California 93720**
**Telephone (559) 432-9831**
3 | **Facsimile (559) 432-1837**

4 | **Attorney for Defendant**
Peppertree Plaza 2737, LLC

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, | CASE NO. 1:17-cv-01265-LJO-BAM |
| Plaintiff, | STIPULATION AND ORDER SETTING ASIDE DEFAULT AS TO DEFENDANT PEPPERTREE PLAZA 2737, LLC |
| vs. | |
| FRESNO I STEAKHOUSE, L.P. dba OUTBACK STEAKHOUSE; PEPPERTREE PLAZA 2737, LLC; | |
| Defendants. | |

WHEREAS:

1. Plaintiff Rachel Bryant filed this action on 9/21/2017.

2. Plaintiff filed proofs of service showing service of the summons and complaint in this action on Defendant Peppertree Plaza 2737, LLC on 11/2/2017. By inadvertence and excusable neglect, caused by the Defendant's miscommunication of the date the documents served upon it, no responsive pleading was filed by Defendant and default was entered by the Clerk of this Court on December 1, 2017, after application therefor by Plaintiff. No judgment has been entered.

3. Defendant has now retained counsel to assist with its defense and settlement of this matter. Defendants believe they have a valid defense in this action as set forth in the PROPOSED ANSWER OF PEPPERTREE PLAZA 2737, LLC TO COMPLAINT which accompanies this Stipulation and Order.

4. Plaintiff consents to the setting aside of the default as to Defendant Peppertree Plaza 2737, LLC.

5. Setting aside the default will be in the interest of justice in that the parties will be able

to resolve the matter to the satisfaction of all parties, and the parties agree that settlement of this case would save valuable court time and resources involved in bringing a motion to set aside the default.

NOW THEREFORE, Defendant Peppertree Plaza 2737, LLC through its attorneys, and Plaintiff Rachel Bryant, through her attorneys, hereby stipulate and agree that the default entered in this action against Peppertree Plaza 2737, LLC shall be vacated and set aside, and that Defendant Peppertree Plaza 2737, LLC shall be allowed to answer the Complaint within 10 days from the date of the filing the Order below, pending court approval.

IT IS SO STIPULATED.

MISSION LAW FIRM, A.P.C.

Dated: December 7, 2017        /s/Zachary M. Best
Zachary M. Best, Attorney for Plaintiff Rachel Bryant

Dated: December 7, 2017        /s/Bruce A. Neilson
Bruce A. Neilson, Attorney for Defendant Peppertree Plaza 2737, LLC

**ORDER**

The Court adopts the stipulation of the parties set forth above. Accordingly, the default entered by the Clerk of the Court against Defendants Peppertree Plaza 2737, LLC is hereby VACATED. Defendants shall file a response to Plaintiff Rachel Bryant's complaint within 10 days from the date of this Order.

IT IS SO ORDERED.

Dated: **December 11, 2017**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE