Zachary M. Best. SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mail: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT, <br><br> Plaintiff, <br><br> vs. <br><br> FRESNO I STEAKHOUSE, L.P. dba OUTBACK STEAKHOUSE, et al., <br><br> Defendants. | No. 1:17-cv-01265-LJO-BAM <br><br> **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Rachel Bryant ("Plaintiff") and Defendants Fresno I Steakhouse, L.P. dba Outback Steakhouse and Peppertree Plaza 2737, LLC (collectively "Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(2), this action be dismissed with prejudice.

**IT IS FURTHER STIPULATED** between Plaintiff and Defendants that this case has been settled as between them and all issues and controversies have been resolved to their mutual satisfaction. Plaintiff and Defendants request that the Court retain jurisdiction to enforce the terms of their settlement agreement under the authority of <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82 (1994).

Dated: January 10, 2018        MISSION LAW FIRM, A.P.C.

                               */s/ Zachary M. Best*
                               Zachary M. Best
                               Attorneys for Plaintiff
                               Rachel Bryant

Dated: January 10, 2018        AKERMAN LLP

                               */s/ Michael Weiss*
                               Michael Weiss
                               Attorneys for Defendant
                               Fresno I Steakhouse, L.P. dba Outback Steakhouse

Dated: January 10, 2018        */s/ Bruce A. Neilson*
                               Bruce A. Neilson
                               Attorney for Defendant
                               Peppertree Plaza 2737, LLC

# ORDER

The parties having so stipulated,

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff Rachel Bryant ("Plaintiff") and Defendants Fresno I Steakhouse, L.P. dba Outback Steakhouse and Peppertree Plaza 2737, LLC (collectively "Defendants") shall comply with the terms of the confidential Settlement Agreement and Limited Release, the terms of which are incorporated herein by reference.

2. By consent of Plaintiff and Defendants, the Court shall retain jurisdiction in this matter for the purpose of enforcing the terms of the settlement agreement.

3. Except as provided for in paragraphs 1 and 2 above, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated: **January 23, 2018**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE